LILLIAN PARSONS, Respondent, v. GREAT ATLANTIC AND PACIFIC TEA COMPANY, Appellant, Impleaded with Another, Defendant.— Appeal dismissed unless appellant shall file and serve printed papers and printed briefs by April thirteenth. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

IRVING WALZ, Respondent, v. MARGARET GRAMMAR and Others, Appellants.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

HELEN B. BARTLETT, Appellant, v. SENECA WATER COMPANY and THE GOULDS MANUFACTURING COMPANY, Respondents.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

KENNETH H. BARTLETT, Appellant, v. SENECA WATER COMPANY and THE GOULDS MANUFACTURING COMPANY, Respondents.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

ANNA S. EVANS, Respondent, v. MILTON M. EVANS, Appellant, Impleaded with Another, Defendant.— Appeal dismissed with costs to respondent, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ADELE L. HULBURT, Respondent, v. JOHN DONALD WALKER and Others, Defendants, and FAIRPORT NATIONAL BANK AND TRUST COMPANY and Another, Appellants.— Judgment affirmed, with costs. All concur, except Edgcomb and Crosby, JJ., who dissent and vote for reversal on the facts and for dismissal of the complaint. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

THE CITY OF ROCHESTER, Respondent, v. WILLIAM F. MARTENS, Appellant, Impleaded with Another, Defendant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.